OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be reversed, with costs, and defendant’s motion for summary judgment dismissing the complaint denied.
 

 Plaintiff seeks to invoke the doctrine of res ipsa loquitur in her personal injury action. Because plaintiff presented evidence of each element of this doctrine
 
 (see Dermatossian v New York City Tr. Auth.,
 
 67 NY2d 219 [1986]), the Appellate Division erred in granting defendant’s motion for summary judgment dismissing the complaint. Plaintiffs inability to identify in which of two service elevators she was riding is not fatal to her claim because no dispute exists that defendant exclusively maintained both elevators.
 

 Chief Judge Kaye and Judges Smith, Ciparick, Wesley, Rosenblatt, Graffeo and Read concur in memorandum.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order reversed, etc.